UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY COFFMAN and, ) | |
| THEODORE GINNERY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:06-CV-1026 CAS |
| ) | |
| ALAN BLAKE, ) | |
| ) | |
| Defendant. ) | |

ORDER OF DISMISSAL
PURSUANT TO
28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiffs' complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this  8th  day of January, 2007.

_____
**UNITED STATES DISTRICT JUDGE**